UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| *In the Matter of:*  )  | ACTION NO. |
| ) | |
| Establishment Inspection of:  ) | |
| **DESERT DIAMOND CASINO**  ) | **WARRANT FOR INSPECTION** |
| owned by the Tohono O'Odham Nation  ) | |
| ) | |
| ) | |
|   ) | |

To:   Regional Administrator
    San Francisco Regional Office
    Occupational Safety and Health Administration
    U.S. Department of Labor

Application having been made, and the Court finding that there is sufficient cause to permit entry for inspection and investigation at the establishment and workplace described as:

   Desert Diamond Casino
   Tohono O'odham Nation
   7350 S. Nogales Highway
   Tucson, Arizona 85756

It is HEREBY ORDERED that pursuant to Section 8(a) of the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651-678 (hereinafter referred to as "the Act"), YOU or OTHER DESIGNATED REPRESENTATIVES of the Occupational Safety and Health Administration, U.S. Department of Labor, ARE AUTHORIZED to enter without delay the above-described premises during regular working hours or at other reasonable times, and to inspect all areas of the workplace or work environment where hazards may exist or may have existed, and to question privately any employer, owner, operator, agent or employee. The inspection will permit the designated representative to take environmental samples, personal employee samples through the use of testing/sampling equipment attached to consenting employees, and photographs and videotape recordings related to the purpose of the inspection, and to investigate in a

1  reasonable manner and to a reasonable extent the aforesaid worksite and place of
2  business where work is performed by employees of the employer and all pertinent
3  conditions, structures, machines, apparatus, devices, equipment, materials and all other
4  things therein, including records (except those containing personally identifiable
5  employee medical information within the meaning of 29 C.F.R. § 1913.10), files, papers,
6  processes, controls and facilities bearing on whether this employer is furnishing to the
7  employees employment and a place of employment that are free from recognized hazards
8  that are causing or likely to cause death or serious physical harm to the employees, and
9  whether this employer is complying with the occupational safety and health standards
10 promulgated under the Act, and the rules, regulations, and orders issued pursuant to the
11 Act.
12        A return shall be made and filed with this Court showing the inspection has been
13 completed, within fifteen (15) days of completion of the inspection.

_____
United States District Judge